Donald Peder Johnsen (011545)
dpj@gknet.com
GALLAGHER & KENNEDY, P.A.
2575 East Camelback Road
Phoenix, Arizona 85016-9225
(602) 530-8000
Attorneys for defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Philip Brown, | ) No. 2:10-CV-01308-DKD |
|---|---|
| Plaintiff, | ) **NOTICE OF SETTLEMENT** |
| v. | ) |
| Northland Group, Inc., | ) |
| Defendant. | ) |

Defendant Northland Group, Inc., by and through its undersigned counsel, and in accord with LRCiv 40.2(d), hereby provides notice that this matter has been settled.  The parties will shortly forward to the Court an appropriate stipulation to dismiss, and an appropriate proposed order.

DATED this 23d day of November, 2010.

GALLAGHER & KENNEDY, P.A.

By:/s/ Donald Peder Johnsen
Attorneys for defendant

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

I certify that on this 23d day of November, 2010, I electronically transmitted a PDF version of this document to the Clerk of Court, using the CM/ECF System, for filing and for transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Marshall Meyers (020584)
Attorney for plaintiff

/s/ Donald Peder Johnsen
2601322

-2-